William Joy, defendant in error, v. Union Bank of Chicago, administrator of the estate of Minnie Williams, deceased, plaintiff in error. Gen. No. 34,925.

Opinion filed October 9, 1931.
Huggins & Huggins, for plaintiff in error; Macon H. Huggins, of counsel.. No appearance for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Alexander Grant et al., appellees, v. Simpson Motor Company, appellant. Gen. No. 34,938.

Opinion filed October 9, 1931.
Newby & Murphy, for appellant. Joseph B. Lawler and G. Donald Whitehouse, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Eli Weinstein, a minor, by Sam Weinstein, his father and next friend, appellee, v. City of Chicago, appellant. Gen. No. 34,958.

Opinion filed October 9, 1931.
Samuel A. Ettelson, Corporation Counsel, William D. Saltiel, City Attorney, and Robert G. Lewis, Assistant City Attorney, for appellant; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Irving G. Zazove, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.